# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| BRANDON GOBER, #01942989, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 6:22-cv-70-JDK-JDL |
| § § | |
| CHRISTI KENNEDY, et al., § § § | |
| Defendants. § § | |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's case is **DISMISSED** with prejudice for purposes of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g), but without prejudice as to the refiling of his claims without seeking *in forma pauperis* status. All pending motions are **DENIED** as **MOOT**.

The Clerk of the Court is instructed to close this case.

**Signed this**
**May 1, 2022**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE